IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01245–KMT–KLM


ALLIANCE CONSTRUCTION SOLUTIONS OF WYOMING, LLC, a Wyoming limited
liability corporation,

      Plaintiff,

v.

PURGATOIRE VALLEY CONSTRUCTION, INC., a Colorado corporation,

      Defendant.

---

## ORDER AND ORDER OF REFERENCE

---

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) by Judge

Walker D. Miller and was assigned to Magistrate Judge Kathleen M. Tafoya on August 17, 2010.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) and

(b), it is hereby

**ORDERED** that Magistrate Judge Kristen L. Mix is designated to convene such

settlement conferences and direct related procedures as may facilitate resolution of this case.  It

is further

**ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Miller on

June 2, 2010 [Docket No. 3], is **VACATED**.  It is further

**ORDERED** that the Scheduling Conference set for August 24, 2010 is VACATED, to be reset by separate order.

Dated this 18th day of August, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge